B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The T.L.C. Group, Ltd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-4279367** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**160 E. Burlington Ave.**<br>**PO Box 127**<br>**Clarendon Hills, IL**　　ZIP Code **60514** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **751 N. Bollingbrook Drive, Link #20**<br>**Bolingbrook, IL 60440** |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
　 *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
　 check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
　 in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
☐ Chapter 7　　　　　☐ Chapter 15 Petition for Recognition
☐ Chapter 9　　　　　　　of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12　　　　☐ Chapter 15 Petition for Recognition
☐ Chapter 13　　　　　　of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
　 under Title 26 of the United States
　 Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,　　■ Debts are primarily
　 defined in 11 U.S.C. § 101(8) as　　　　　business debts.
　 "incurred by an individual primarily for
　 a personal, family, or household purpose."

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must
　 attach signed application for the court's consideration certifying that the
　 debtor is unable to pay fee except in installments. Rule 1006(b). See Official
　 Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
　 attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
　 are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
　 in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
　 there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The T.L.C. Group, Ltd |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The T.L.C. Group, Ltd** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ James P. Mullally**
Signature of Attorney for Debtor(s)

**James P. Mullally**
Printed Name of Attorney for Debtor(s)

**Konewko & Assoc., Ltd.**
Firm Name

**29W204 Roosevelt Road**
**West Chicago, IL 60185**

Address

**Email: wsnowwhite@konewkoandassoc.com**
**(630) 231-5500 Fax: (630) 231-5548**
Telephone Number

**July 29, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Diane Gay**
Signature of Authorized Individual

**Diane Gay**
Printed Name of Authorized Individual

**Preident**
Title of Authorized Individual

**July 29, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The T.L.C. Group, Ltd**     Debtor(s)     Case No. _____  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Gold<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Express Gold<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | Credit card purchases | | 3,379.47 |
| American Express Plum<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Express Plum<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | Credit card purchases | | 2,046.67 |
| Bella Flowers & Greenhouse<br>7117 S. Roberts Road<br>Bridgeview, IL 60455 | Bella Flowers & Greenhouse<br>7117 S. Roberts Road<br>Bridgeview, IL 60455 | Account Purchase | | 4,567.59 |
| Cedar Path Nurseries<br>15235 W. Bruce Road<br>Lockport, IL 60441 | Cedar Path Nurseries<br>15235 W. Bruce Road<br>Lockport, IL 60441 | Account Purchase | | 15,168.00 |
| Chicagoland Turf<br>1444 Bernard Drive<br>Addison, IL 60101 | Chicagoland Turf<br>1444 Bernard Drive<br>Addison, IL 60101 | Account Purchase | | 15,844.88 |
| Feece Oil Co<br>1700 Hubbard Ave<br>Batavia, IL 60510 | Feece Oil Co<br>1700 Hubbard Ave<br>Batavia, IL 60510 | Account Purchase | | 6,000.00 |
| Financial Pacific Leasing<br>354 PO Box 34935<br>Seattle, WA 98124 | Financial Pacific Leasing<br>354 PO Box 34935<br>Seattle, WA 98124 | Account Purchase | | 21,656.50 |
| IDES<br>33 South State Street<br>Chicago, IL 60630 | IDES<br>33 South State Street<br>Chicago, IL 60630 | | | 96,636.60 |
| Illinois Department of Insurance<br>122 S. Michigan Ave, 19th Floor<br>Chicago, IL 60603 | Illinois Department of Insurance<br>122 S. Michigan Ave, 19th Floor<br>Chicago, IL 60603 | | | 10,914.59 |
| Illinois Department of Labor<br>160 N. La Salle, C-1300<br>Chicago, IL 60601 | Illinois Department of Labor<br>160 N. La Salle, C-1300<br>Chicago, IL 60601 | | | 21,190.20 |
| Illinois Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794-9006 | Illinois Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794-9006 | | | 24,065.00 |

B4 (Official Form 4) (12/07) - Cont.
In re **The T.L.C. Group, Ltd**                                      Case No.
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** <br> **2991 Butterfield Road** <br> **Downers Grove, IL 60515** | **Internal Revenue Service** <br> **2991 Butterfield Road** <br> **Downers Grove, IL 60515** | | | **281,345.51** |
| **Law Firm of David G. Sigale, P.C.** <br> **739 Roosevelt Road** <br> **Glen Ellyn, IL 60137** | **Law Firm of David G. Sigale, P.C.** <br> **739 Roosevelt Road** <br> **Glen Ellyn, IL 60137** | **Attorneys Fees** | | **5,915.00** |
| **LEAF** <br> **PO Box 644006** <br> **Cincinnati, OH 45264-4006** | **LEAF** <br> **PO Box 644006** <br> **Cincinnati, OH 45264-4006** | | | **55,586.00** |
| **Northbrook Bank & Trust** <br> **1100 Waukeegan Road** | **Northbrook Bank & Trust** <br> **1100 Waukeegan Road** | **Late Fees** | | **243,685.80** |
| **Progressive Auto Insurance** | **Progressive Auto Insurance** | **Auto Insurance** | | **2,182.52** |
| **Service Sanitation, Inc** <br> **135 Blailne Street** <br> **Gary, IN 46406** | **Service Sanitation, Inc** <br> **135 Blailne Street** <br> **Gary, IN 46406** | **Account Purchase** | | **1,570.90** |
| **Shell Fleet** <br> **PO Box 183019** <br> **Columbus, OH 43218-3019** | **Shell Fleet** <br> **PO Box 183019** <br> **Columbus, OH 43218-3019** | | | **7,836.57** |
| **Strategic Funding** <br> **1501 Broadway, Suite 360** <br> **New York, NY 10036** | **Strategic Funding** <br> **1501 Broadway, Suite 360** <br> **New York, NY 10036** | | | **7,642.44** |
| **Universal Premium Fleet Card** <br> **PO Box 923928** <br> **Norcross, GA 30010** | **Universal Premium Fleet Card** <br> **PO Box 923928** <br> **Norcross, GA 30010** | | | **14,352.14** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Preident of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 29, 2013**                Signature    **/s/ Diane Gay**
                                                                         **Diane Gay**
                                                                          **Preident**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                     18 U.S.C. §§ 152 and 3571.

ADT Security Services
PO Box 371956
Pittsburgh, PA 15250-7956


Adventist Hinsdale Hospital


American Eagle Bank
556 Randal Road
South Elgin, IL 60177


American Express Blue
PO Box 0001
Los Angeles, CA 90096-8000


American Express Gold
PO Box 0001
Los Angeles, CA 90096-8000


American Express Plum
PO Box 0001
Los Angeles, CA 90096-8000


Bella Flowers & Greenhouse
7117 S. Roberts Road
Bridgeview, IL 60455


Burris Equipment


Buttrey Rental
c/o Dennis Porick
63 West Jefferson St., Suite 100
Joliet, IL 60432


CapitolOne
PO Box 6492
Carol Stream, IL 60197


Cedar Path Nurseries
15235 W. Bruce Road
Lockport, IL 60441

Central Sod Farms
25605 W. 111th Street
Plainfield, IL 60544


Champion Energy, LLC
4749 Solutions Center
Chicago, IL 60677


Chevrolet of Naperville
1515 West Ogden Ave
Naperville, IL 60540


Chicagoland Silkscreening
6727 W. Archer Ave
Chicago, IL 60638


Chicagoland Turf
1444 Bernard Drive
Addison, IL 60101


ColorBlends Schipper & CO USA
747 Barnum Ave
Bridgeport, CT 06608


Comcast
155 Industrial Drive
Elmhurst, IL 60126


ComEd
PO Box 6111
Carol Stream, IL 60197


Conserve FS
97791 Eagle Way
Chicago, IL 60678


David Sigale



Dickson & Hasenbalg
2000 W. Galene Blvd
Aurora, IL 60506

Elan Financial Services


Enterprise Newspapers, Inc


Feece Oil Co
1700 Hubbard Ave
Batavia, IL 60510


Financial Pacific Leasing
354 PO Box 34935
Seattle, WA 98124


First Chicago Bank & Trust
1145 N. Arlington Heights Road
Itasca, IL 60143


Foster's Truck Repair
670 Vandustrial Drive
Westmont, IL 60559


Goodmark Nurseries, LLC
8920 Howe Road
Wonder Lake, IL 60097


Green Glen Nursery
2413 Laraway
Joliet, IL 60433


Groot Industries
PO Box 92257
Elk Grove Village, IL 60009-2257


Helping Hand P.C.
40W270 LaFox Road, Suite A
Saint Charles, IL 60175


Hinsdale Nursery
7200 S. Madison
Willowbrook, IL 60527


Huber Ranch

```
Ice Mountain Direct
PO Box 856680
Louisville, KY 40285-6680


Ideal Tires
680 Phelps, Unit 4
Romeoville, IL 60446


IDES
33 South State Street
Chicago, IL 60630


IDES
20 East Indian Trail Rd
Aurora, IL 60506-1733


Illinois Department of Insurance
122 S. Michigan Ave, 19th Floor
Chicago, IL 60603


Illinois Department of Labor
160 N. La Salle, C-1300
Chicago, IL 60601


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006


Internal Revenue Service
2991 Butterfield Road
Downers Grove, IL 60515


John Deere Landscapes
24110 Network Place
Chicago, IL 60673-1241


Juan Arroyo



Kendall HIll Nursery, Inc
15990 Newark Road
Newark, IL 60541
```

Kipp's Lawnmower Sales & Service
2419 Ogden Ave
Lisle, IL 60532


Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Glen Ellyn, IL 60137


LEAF
PO Box 644006
Cincinnati, OH 45264-4006


Martenson Turf Products
PO Box 218
Waterman, IL 60556


McBeth, Fates & Ivers, PC
115 West Orchard St., 2nd Floor
Itasca, IL 60143


Midwest Salt Solutions, Inc
PO Box 87156
Carol Stream, IL 60188


Midwest Trading
PO Box 398
Maple Park, IL 60151


Monroe Truck Equipment
812 Draper Ave
Joliet, IL 60432


Napa Auto Parts
207 S. Bolingbrook Dr
Bolingbrook, IL 60440


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Northbrook Bank & Trust
1100 Waukeegan Road

```
Pomp's Tire Service
PO Box 1630
Green Bay, WI 54305-1630


Praxair Distribution, Inc
DEPT CH 10660
Palatine, IL 60055-0660


Progressive Auto Insurance



Protection One
2505 S. Finley Rd, Suite 240
Lombard, IL 60148


Russo Power Equipment
9525 W. Irving Park Rd
Schiller Park, IL 60176


Safety-Kleen
PO Box 382066
Pittsburgh, PA 15250-8066


Scott Saunders



Service Sanitation, Inc
135 Blailne Street
Gary, IN 46406


Shell Fleet
PO Box 183019
Columbus, OH 43218-3019


Stephen J. Gay
5950 Western Ave
Willowbrook, IL 60527-1865


Strategic Funding
1501 Broadway, Suite 360
New York, NY 10036
```

```
Universal Premium Fleet Card
PO Box 923928
Norcross, GA 30010


Vincent Robertelli, Esq
Giagnorio & Robertelli, Ltd
130 S. Bloomingdale Rd, PO BOx 726
Bloomingdale, IL 60108-0726
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The T.L.C. Group, Ltd**                                          Case No.
                                            Debtor(s)                      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The T.L.C. Group, Ltd**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 29, 2013** | **/s/ James P. Mullally** |
| Date | **James P. Mullally** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The T.L.C. Group, Ltd** |
| | **Konewko & Assoc., Ltd.** |
| | **29W204 Roosevelt Road** |
| | **West Chicago, IL 60185** |
| | **(630) 231-5500 Fax:(630) 231-5548** |
| | **wsnowwhite@konewkoandassoc.com** |